*Reversed and dismissed.*

ED. KEETON v. STATE.

[59 South. 884.]

1. CRIMINAL LAW. *Appeal. Bill of Exceptions. Necessity for. Remarks by district attorney. Matters not of record.*

Where remarks of a district attorney in his closing argument to the jury were not taken down by the stenographer on the trial of the case and consequently do not appear in the general bill of exceptions, composed of his transcribed notes, and there was no special bill of exceptions embodying such remarks, the supreme court on appeal will not consider them.

2. SAME.

Where after the trial of the case a special bill of exception setting forth the remarks of the district attorney was presented to the trial judge and he refused to sign it and thereupon evidence was taken to prove that the remarks attributed to the district attorney were in fact made by him, this did not make the remarks a part of the record.

3. SAME.

All matters which occur during the trial of a case in the presence of the court and which are not otherwise of record, can only be made a part of the record by a bill of exceptions, made up in some one of the ways authorized by law.

Appeal from the circuit court of Lauderdale county. Hon. John L. Buckley, Judge.

Ed. Keeton was convicted of crime and appeals.

The facts are fully stated in the opinion of the court.

*Wyatt & Easterling,* for appellant.

*Claud Clayton,* assistant attorney-general, for the state.

Smith, C. J., delivered the opinion of the court.

We find no reversible error, if error at all, in any of the matters complained of. The remarks alleged to have been made by the district attorney in his closing argument are not before us for review, for the reason that they are not presented by either a general or special bill of exceptions. They were not taken down by the stenographer on the trial of the case, and consequently do not appear in the general bill of exceptions, composed of his transcribed notes.

After the trial of the case a special bill of exceptions, setting forth these remarks, seems to have been presented to the trial judge; but he declined to sign it. Thereupon evidence seems to have been taken in order to prove that the remarks attributed to the district attorney were in fact made by him. All matters which occur during the trial of a case in the presence of the court, and which are not otherwise of record, can only be made a part of the record by a bill of exceptions, made up in some one of the ways authorized by law.

*Affirmed.*